**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 27, 2012

Lyle W. Cayce
Clerk

No. 11-40146
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN GABRIEL ARIZPE,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:10-CR-1828-1

Before DAVIS, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Juan Gabriel Arizpe appeals from his conviction of conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine. He challenges the district court's denial of his motion to suppress without holding an evidentiary hearing. He argues that the contentions he raised in his motion implicitly challenged the state trooper's reason for stopping his vehicle and that his implicit, conclusional statement was sufficiently specific and detailed to warrant an evidentiary hearing.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-40146

The motion to suppress contained no detailed factual allegations suggesting that the reason for the vehicle stop was invalid or that the length of the stop was unjustified. The district court's failure to hold an evidentiary hearing was not an abuse of discretion, and the denial of the motion was not error. *See United States v. Lopez-Moreno*, 420 F.3d 420, 429 (5th Cir. 2005)*; Koch v. Puckett,* 907 F.2d 524, 530-31 (5th Cir. 1990); *United States v. Harrelson*, 705 F.2d 733, 737 (5th Cir. 1983).

AFFIRMED.